IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD GILLIAM, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 4:18CV000379-SWW |
| | * | |
| JHONE STAYLY, Sheriff, | * | |
| Lonoke Jail, *et al.*, | * | |
| | * | |
| Defendants. | * | |

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the timely filed objections. After careful consideration, and a de novo review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice due to a lack of prosecution.

2. Plaintiff's Motion for a Preliminary Injunction (Doc. No. 5) and Motion for Service (Doc. No. 6) are DENIED as moot.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 1st day of August, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE