# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| RICHARD GILLIAM, | * |
| Plaintiff, | * |
| v. | *  No. 4:18CV000379-SWW |
| JHONE STAYLY, Sheriff, Lonoke Jail, *et al.*, | * |
| Defendants. | * |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

IT IS SO ORDERED this 1st day of August, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE